**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

December 3, 2015

Hon. Abel Acosta
Court of Criminal Appeals
201 W. 14th Street, Room 106
Austin TX 78701

Re: Cause No. 13-11-00785-CR; 13-11-00786-CR; and 13-11-00791-CR
Tr.Ct.No. 09-CR-1082-G; 10-CR-4228-G; and 09-CR-1006-G
Style: MICKEY BOSWELL v. THE STATE OF TEXAS

      The record in the above causes were this day electronically submitted to the Court of Criminal Appeals.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch

cc:   Hon. Douglas K. Norman (DELIVERED VIA E-MAIL)
      Hon. Mark Skurka (DELIVERED VIA E-MAIL)
      Hon. Danice L. Obregon (DELIVERED VIA E-MAIL)